IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

---

Civil Action No. 07-cv-02319-CMA-BNB          Date: September 30, 2009
Courtroom Deputy: Geneva D. Mattei            FTR BNB COURTROOM A401

---

ALLEN BERGERUD,                               Pro se by telephone

        Plaintiff(s),

v.


JOSEPH FORTUANTO,                             Jennifer Huss
D.O.
KATHY RITTENHOUSE
N.P.
BRIAN WEBSTER,
P.A.

        Defendants(s).

---

## COURTROOM MINUTES

---

**HEARING: MOTIONS**

Court in Session:     9:04 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:** **The plaintiff's motion for extension of time to designate experts [doc. #21, filed 5/15/09] is denied as moot as stated on the record.**

**ORDERED:** **The plaintiff's motion to compel disclosure of expert reports [doc. 26, filed 8/10/09] is granted in part and denied in part as stated on the record. The defendants to provide, on or before November 2, 2009, a written report with respect to the opinions of Dr. Paula Frantz.**

**ORDERED:** **The defendant's motion to extend time to file dispositive motions [doc.#30,**

**filed 9/4/09] is granted as stated on the record. The dispositive motion deadline is extended to October 30, 2009.**

**ORDERED:**   **A final pretrial conference is set for January 7, 2010 at 8:30 a.m. Proposed pretrial order shall be submitted on or before December 31, 2009.**

Court in Recess          9:20 a.m.          Hearing concluded.    Total time in court:    00:16

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.