IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-02319-CMA-BNB

ALLEN BERGERUD,

Plaintiff,

v.

JOSEPH FORTUNATO, D.O.,
KATHY RITTENHOUSE, N.P., and
BRIAN WEBSTER, P.A.,

Defendants.

_____

**ORDER**
_____

This matter arises on the following:

1. Plaintiff's **Motion for Extension of Time to Designate Experts** [Doc. #21, filed 05/15/2009] ("Plaintiff's Motion for Extension");

2. Plaintiff's **Motion to Compel Disclosure of Expert Reports** [Doc. #26, filed 08/10/2009] (the "Motion to Compel"); and

3. **Defendants' Motion for Extension of Time to File Dispositive Motions** [Doc. # 30, filed 9/4/2009] ("Defendants' Motion for Extension").

I held a hearing on the motions this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that Plaintiff's Motion for Extension is DENIED as moot.

IT IS FURTHER ORDERED that the Motion to Compel is GRANTED IN PART and DENIED IN PART as follows:

GRANTED to require the defendants to provide, on or before **November 2, 2009**, a written report consistent with the requirements of Fed. R. Civ. P. 26(a)(2)(B) with respect to the opinions of Dr. Paula Frantz; and

DENIED in all other respects.

IT IS FURTHER ORDERED that the Defendants' Motion for Extension is GRANTED, and the dispositive motion deadline is extended to and including **October 30, 2009**.

IT IS FURTHER ORDERED that a final pretrial conference will be held in this case on **January 7, 2010, at 8:30 a.m.** The plaintiff and his case worker shall contact the court at that date and time by telephone at 303-844-6408 to participate in the pretrial conference. A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than **December 31, 2009.**

Dated September 30, 2009.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

2